IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOHN DIFFENDERFER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-01172 |
| | ) | |
| v. | ) | JUDGE WILLIAM L. CAMPBELL, JR. |
| | ) | |
| HCA HEALTHCARE, INC., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendant. | ) | JURY DEMAND |
| | ) | |

## JOINT MOTION TO CORRECTLY IDENTIFY AND SUBSTITUTE
## THE PROPER PARTY DEFENDANT

The Parties submit this joint notice to correct and identify the proper party defendant to this litigation. Defendant HCA Healthcare, Inc. has represented that "HCA Management Services, LP" is the correct defendant entity to answer the claims in the lawsuit. Based upon that representation, Plaintiff has agreed to substitute HCA Management Services, LP as the sole defendant in this action and dismiss HCA Healthcare, Inc. A proposed Order granting the Parties' Motion and reflecting the correct case caption is attached hereto.

Agreed and Submitted by:

/s/ Casey M. Duhart
Robert E. Boston, BPR #009744
Casey M. Duhart, BPR #035122
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone (615) 244-6380
bob.boston@wallerlaw.com
casey.duhart@wallerlaw.com

*Attorneys for Defendant*

                                                                /s/ Nina H. Parsley (with permission)
                                                                 Nina H. Parsley, BPR # 023818
Michael D. Ponce & Associates
400 Professional Park Drive
Goodlettsville, TN 37072
Telephone: (615) 851-1776
nina@poncelaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via the Court's electronic filing system upon:

Nina H. Parsley, BPR # 023818
Michael D. Ponce & Associates
400 Professional Park Drive
Goodlettsville, TN 37072
Telephone: (615) 851-1776
nina@poncelaw.com

*Attorney for Plaintiff*

on the 26th day of February, 2019.

                                                                  /s/      Casey M. Duhart

IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JOHN DIFFENDERFER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-01172 |
| | ) | |
| v. | ) | **JUDGE WILLIAM CAMPBELL** |
| | ) | |
| **HCA HEALTHCARE, INC.,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |
| | ) | |

### PROPOSED ORDER

Upon consideration of the Parties' Joint Motion to Correctly Identity and Substitute the Proper Party Defendant, and the Court being fully informed, it is hereby

**ORDERED** that the Motion be **GRANTED** so that HCA Management Services, LP is the sole defendant and HCA Healthcare, Inc. is dismissed with prejudice.

The Clerk and the Parties are directed forthwith to use the following caption:

| | | |
|---|---|---|
| **JOHN DIFFENDERFER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:18-cv-01172 |
| | ) | |
| v. | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| | ) | |
| **HCA MANAGEMENT SERVICES, LP** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |
| | ) | |

So Ordered this _____ day of February, 2019.

_____
**JUDGE WILLIAM L. CAMPBELL, JR.**
U.S. District Court

4828-2369-4216.1